*Provided to Suwannee Correctional Institution on FEB 24 2025 for mailing, by*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

Robert Roy Vince Works IV,

Inmate ID Number: C12264,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:25cv207-LC-HTC
*(To be filled in by the Clerk's Office)*

v.

(SGT) L. Murphy,

GEO Group. ET. AL,

(Warden) Sherry D. Calloway,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND PN  JFJ
FEB 27 '25 AM 9:48

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Robert Boytrice Works IV   ID Number: C12264

List all other names by which you have been known: N/A

Current Institution: Suwannee Correctional Institution

Address: 5964 U.S. Highway 90 Live Oak, FL 32060-8694

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: L. Murphy

   Official Position: Correctional Sergeant

   Employed at: Blackwater river rehabilitation correctional facility

   Mailing Address: Blackwater river rehabilitation correctional facility
   P.O. Box 780, Milton FL. 32572

   ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: GEO Group, et. al

   Official Position: Private Correctional provider / contractor

   Employed at: Blackwater river rehabilitation correctional facility

   Mailing Address: Blackwater river rehabilitation correctional facility
   P.O. Box 780, Milton, FL 32572

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

3. Defendant's Name: Sherry D. Calloway

   Official Position: Warden (Asst.)

   Employed at: Blackwater river rehabilitation Correctional facility

   Mailing Address: Blackwater river rehabilitation Correctional facility
   P.O. Box 780 Milton, FL, 32572

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____
                    N/A
_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. During the time period(s)/incident giving rise to my Injuries, and violation of my 8th amendment, rights as complained of hereinafter, I was incarcerated at Blackwater river rehabilitation correctional facility (a private facility, owned, and operated by GEO Group et.al, a private Corporation/entity, due to my criminal court conviction and sentence in Circuit court case #

2. GEO Group, et.al., as a "private contractor", was contracted by the florida department of corrections (an agency of the state of florida) and thereby exercised "state action" ("under-color-of-state-law"), whereas, its duties entailed the same "care, custody and control" of the inmates housed at it's facility (Blackwater river rehabilitation correctional facility) as required of department of corrections

See Continuation of Section-IV, statement of Facts

**Statement of Facts Continued** *(Page 2 of 6)*

Institutions housing the same classifications of Inmates See. F.A.C. 33-205.101(3) and (7);

3. GEO Group, et.al, as a "private contractor"/"corporate entity", breached its contract/duties as proscribed by F.A.C. 33.205.101(3) and (7); and 8th amendment of the united states constitution whereas, it knowingly operated Blackwater river rehabilitation correctional facility (located in milton florida at p.o. Box 780, milton FL, 32572) under exceedingly dangerous conditions of which violated my legally protected rights to personal safety/humane conditions of confinement, in that, said conditions ultimately resulted in the "proximate cause" of the substantial injuries to my person and rights as see forth hereinafter.

4. GEO Group, et.al, by and through virtue of

"Continuation" of section iv "Statement of facts"

16. On february 4th, 2023, as I was now housed in "delta-2" I was enlisted as "voluntary worker" in the kitchen, upon my exiting delta dorm, on my way to the kitchen, I met sgt. L. murphy who'd promptly informed me: "Hey works as it turns out the owner of that bowl/stash discovered in canteen room/store lost a whole lot of money, and ain't a bit happy about it". word on the pound is there is a price on your head for 500" they want you off the pound (compound)

17. At this time, I requested (p.c) protective custody status be provided until the matter could be cleared up, because I'd done nothing wrong, and feared for my health and safety.

18. In response to my request for protection, sgt L murphy stated: "you gone have to deal with it works, you know I don't do check-in's on my shift, maybe you will stay out the way, you wanted to be grown and come to prison be grown and deal with your problems, this is prison not day care..."go to work"

19. At this time, I turned and continued on my way to the kitchean for "voluntary work detail", once there an Inmate advised me, that rumor has it, it's a $500 hit on my head.

20. Upon my hearing of this apparent threat to my person/life, from a peer this time, I left the kitchen and went back to the dormitory (delta) where I once more spoke with sgt L. murphy for approximatly 5 to 10 minutes, before returning inside.

"Continuation" of Section IV. "statement of facts"

21. During said conversation between myself and sgt. L. murphy, I reiterated my fears/concerns for my safety, and renewed my previous request for protective custody, to no avail, whereas sgt. L. murphy stated "fight, fuxx or tiger it out"... and refused to honor, or initiate such process as necessary to preserve my rights to "personal safety"...

22. Rather than reasonably respond, based off of the information/warning in her possession/otherwise known to her before hand, such as necessary to preserve my persons from substantial risk of then harm, sgt. L. murphy abruptly ended.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

#1 Defendant (Sergeant) L. Murphy violated plaintiffs rights as guaranteed by the 8th amendment of the United states constitution by:

(a) being deliberately indifferent to, and failing to protect plaintiff from a "known substantial risk"

See attachment / continuation Section V. Statement of Claims →

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I seek Judgment against all named defendants, Individually and severally, in the sum of $2,000,000 (two million U.S. dollars) per defendant for said violations/injure(s), and following damages: "compensatory", "punitive"

See Attachment / Continuation of: "Relief Requested"

"Continuation of Section V. "Statement of claims"

pg # 7(A)

"to his health and safety..."         see section IV, paragraph(s) #

#2. Defendant "GEO Group, et al" violated plaintiff's rights as guaranteed by the 8th amendment of the united states constitution by:

    (A) --- Being deliberately Indifferent to, and housing plaintiff under, unsafe / inhumane conditions of confinement. see attachment(s)/ Section IV., paragraph(s) #

    (B) "state law" Breach, as encompassed by F.A.C. 33-205.101 (3) and (7). see section IV., paragraph(s) #

#3. Defendant (warden)(sherry J calloway) violated plaintiffs rights as guaranteed by the 8th amendment of the united states constitution by:

    (A) --- Being deliberately Indifferent (in her role as chief policy maker / final authority at Blackwater river rehabilitation correctional facility), by failing to implement necessary policy/ security measures within the facility, known to / by her to be necessary and essential to the safety / welfare of the inmate population. see section IV., paragraph(s) #

_____ End of section]

"Continuation" of Section vi. "Relief Requested" PG# 7(3)

"cosmetic" "pain and suffering" "mental anguish" "emotional distress," "costs of suit," and "declatory judgment".

In addition to the afore requested "monetory damages" plaintiff hereby seeks "declaratory judgment" from this court, in "that" it be decided, declared and settled, for all purposes, that plaintiff's 8th amendment rights were in fact violated by said aforenamed defendant(s), "under-the-color of state law" / while in furtherance of state action etc"

[End of section VI]

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

    Court: _____

2. Date:_____ Case #: _____

    Court: _____

3. Date:_____ Case #: _____

    Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms                                                                                              11

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/24/25    Plaintiff's Signature: Robert R. Works IV

Printed Name of Plaintiff: Robert Raytrice Works IV

Correctional Institution: Suwannee Correctional Institution

Address: 5964 U.S. Highway 90 Live Oak, FL 32060-8694

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the 24th day of February, 20 25.

Signature of Incarcerated Plaintiff: Robert R. Works IV

Robert R. Works IV #C12264
Swannee correctional Institution
5964 U.S. Highway 90
Live oak, FL 32060-8694

Mailed From State
Correctional
Institution
Suwanee C.I

RECEIVE[D]

FEB 2 7 2025

United states courthous[e]
One north palafox st.