UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ROYTRICE WORKS, IV,

    Plaintiff,

v.                                                                                  Case No. 3:25cv207-LC-HTC

SERGEANT L. MURPHY, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 7, 2025 (ECF No. 7), recommending that Plaintiff's case be dismissed for failure to comply with Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with Court orders.

3.   The clerk shall close the file.

**DONE AND ORDERED** this 9th day of June, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv207-LC-HTC